U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 4 2006

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

RECEIVED

APR 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MELANIE BROUSSARD | CIVIL ACTION NO. 05-0461 |
| VS. | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED AND REMANDED.** On remand, the ALJ shall order a follow-up consultative examination with Dr. Eric Frischhertz, Jr. to determine whether Broussard's obesity is a severe impairment and to evaluate the effects of Broussard's obesity on her ability to perform routine movement and necessary physical activity within the work environment. The ALJ shall also order that Dr. Frischhertz to complete an RFC assessment, taking into account all of Broussard's impairments. Finally, the ALJ shall obtain the testimony of a vocational expert to assist in his determination of whether Broussard is disabled.

Lafayette, Louisiana this ___ day of April, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE